**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
**Andrea M. Barton**, OSB No. 092760
andrea.barton@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

    Attorneys for Defendants
    University of Oregon and Dana Dean Altman

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JANE DOE, | CV No. 6:15-cv-00042-MC |
|     Plaintiff, | ACCEPTANCE OF SERVICE |
| v. | |
| UNIVERSITY OF OREGON, DANA DEAN ALTMAN, as an individual, | |
|     Defendants. | |

Page 1 -   Acceptance of Service

70001988.1

MILLER NASH GRAHAM & DUNN LLPp
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I, Michael Porter, am one of the attorneys for defendants University of Oregon and Dana Dean Altman. I hereby accept service pursuant to Fed R Civ P 4(e) and 4(h) of the Summonses, Complaint, and Civil Case Assignment Order in the above action and waive all irregularities in the manner of service.

DATED this 22 day of January, 2015.

MILLER NASH GRAHAM & DUNN LLP

*/s/ Michael Porter*

Michelle Barton Smigel, P.C.
OSB No. 045530
michelle.smigel@millernash.com
Michael Porter, P.C.
OSB No. 003560
mike.porter@millernash.com
Andrea Barton
OSB No. 092760
andrea.barton@millernash.com
Phone: (503) 224-5858
Fax: (503) 224-0155

Attorneys for Defendants University of Oregon and Dana Dean Altman

Page 2 -   Acceptance of Service

70001988.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204