## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Civil Case No. 6:15-cv-00042-MC

Jane Doe

_____
**Plaintiff(s),**

v.

University of Oregon,
Dana Altman, as an individual

_____
**Defendant(s).**

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney _____ Keith M. Edwards _____ requests special admission *pro hac vice* in

the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

**(1)    PERSONAL DATA:**

Name: Edwards                    Keith                          M

   *(Last Name)*              *(First Name)*              *(MI)*        *(Suffix)*

Firm or Business Affiliation: Hutchinson Black and Cook, LLC

Mailing Address:    921 Walnut Street, Suite 200

City: Boulder                         State: CO              Zip: 80302

Phone Number: (303) 442-6514          Fax Number: (303) 442-6593

Business E-mail Address: kedwards@hbcboulder.com

**(2)** **BAR ADMISSIONS INFORMATION:**

   **(a)** State bar admission(s), date(s) of admission, and bar ID number(s):
   Colorado, 10/2010, #42666

   **(b)** Other federal court admission(s), date(s) of admission, and bar ID number(s):
   U.S. District Court, District of Colorado, 12/2011

   U.S. Court of Appeals, Tenth Circuit, 7/2012

**(3)** **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   **(a)** ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   **(b)** ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)** **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

   I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)** **REPRESENTATION STATEMENT:**

   I am representing the following party(s) in this case:
   Jane Doe

**(6)** **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this <u>26th</u> day of <u>January</u>, <u>2015</u>

<u>(Signature of Pro Hac Counsel)</u>

<u>Keith M. Edwards</u>
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this <u>6th</u> day of <u>~~January~~ February</u>, <u>2015</u>

<u>(Signature of Local Counsel)</u>

Name: <u>Middleton</u>            <u>Jennifer</u>            <u>J</u>
        (Last Name)                (First Name)                (MI)        (Suffix)

Oregon State Bar Number: <u>071510</u>

Firm or Business Affiliation: <u>Johnson Johnson & Schaller, PC</u>

Mailing Address: <u>975 Oak Street</u>

City: <u>Eugene</u>                    State: <u>OR</u>        Zip: <u>97401</u>

Phone Number: <u>(541) 484-2434</u>        Business E-mail Address: <u>jmiddleton@justicelawyers.com</u>

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

# CERTIFICATE OF SERVICE

I certify that I caused to be served a true, full and exact copy of the foregoing APPLICATION FOR SPECIAL ADMISSION – PRO HAC VICE FOR KEITH M. EDWARDS on defendants as follows:

J. MICHAEL PORTER
MICHELLE BARTON SMIGEL
Miller Nash Graham & Dunn, LLP
111 SW 5th Avenue, Suite 3400
Portland, OR 97204-3614
Emails:      mike.porter@millernash.com
              Michelle.smigel@millernash.com

          Of Attorneys for Defendants University of Oregon and Dana Dean Altman

   X         by U.S. Postal Service to the address indicated above on February 6, 2015.

   X         by email to the addresses indicated above on February 6, 2015.

_____       by email via the Court's electronic filing system on _____ 2015.

_____       by facsimile to the facsimile number indicated above on _____ 2015.

_____       by hand delivery on _____ 2015.

**JOHNSON, JOHNSON & SCHALLER, PC**

By:   */s/ Jennifer J. Middleton*
      Jennifer J. Middleton, OSB #071510
      541/683-2506
      541/484-0882 fax
      jmiddleton@justicelawyers.com
      Attorney for Plaintiff Jane Doe

**JOHNSON, JOHNSON & SCHALLER, PC**
**975 Oak Street, Suite 1050**
**Eugene, OR 97401-3124**
**541/683-2506**