**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

    Attorneys for Defendants
    University of Oregon and Dana Dean Altman

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JANE DOE, | CV No. 6:15-cv-00042-MC |
| Plaintiff, | DECLARATION OF TAMMY AUSTIN |
| v. | |
| UNIVERSITY OF OREGON, DANA DEAN ALTMAN, as an individual, | |
| Defendants. | |

Page 1 -   Declaration of Tammy Austin

70000153.1

MILLER NASH GRAHAM & DUNN LLPP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

**Exhibit A**
**Page 1 of 3**

I, Tammy Austin, declare that:

1. I am Brandon Austin's mother. I have personal knowledge of the facts set forth in this declaration. I am competent to testify with respect to the matters set forth below.

2. I have never spoken with, nor given any statement to plaintiff's attorneys, John Clune and Jennifer Middleton, nor any of their representatives.

3. During December 2013, Brandon decided to transfer from Providence College in Rhode Island and other schools, including the University of Oregon, recruited Brandon to play basketball. During the time when Brandon was being recruited by the University of Oregon, I spoke with University of Oregon Assistant Coach Tony Stubblefield in person and Coach Dana Altman over the phone.

5. Coach Altman asked me about the fact that my son had been subjected to the discipline process at Providence and asked what the nature of the discipline was. I told Coach Altman that my son had an altercation with another person.

6. I never told Coach Stubblefield, Coach Altman, or any other representative of the University of Oregon anything to indicate that the disciplinary proceeding against Brandon at Providence was for allegations of a sexual nature or related to alleged sexual misconduct.

7. I did not tell anyone at the University of Oregon about the nature of the allegations at Providence because my son denied any misconduct and because I believed the allegations were false. I did not see the point of having false allegations follow Brandon to his next college or university.

Page 2 -   Declaration of Tammy Austin

70000153.1

**Exhibit A**
**Page 2 of 3**

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

8. I have reviewed the complaint against Coach Altman and the University filed by attorneys Jennifer Middleton and John Clune. Paragraph 24 states that I said "We told them everything. They knew everything." It implies that I told University coaches that the allegations against Brandon were of a sexual nature. That is not true and I never told Coach Altman or any representative of the University that the allegations against Brandon were of a sexual nature or involved an alleged sexual assault.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this ____ day of January, 2015, at _____,

_____.

_____
Tammy Austin

Page 3 -   Declaration of Tammy Austin

70000153.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Exhibit A
Page 3 of 3