*OSB Sponsor OK*
*CO Bar Applicant OK*
*2/9/15* [initials]

0979-4001316

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Jane Doe

        Plaintiff(s),

v.

University of Oregon,
Dana Altman, as an individual

        Defendant(s).

Civil Case No. 6:15-cv-00042-MC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney    John C. Clune    requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Clune (Last Name)    John (First Name)    C (MI)    (Suffix)

Firm or Business Affiliation: Hutchinson Black and Cook, LLC

Mailing Address: 921 Walnut Street, Suite 200

City: Boulder    State: CO    Zip: 80302

Phone Number: (303) 442-6514    Fax Number: (303) 442-6593

Business E-mail Address: clune@hbcboulder.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Colorado, 11/1996, #27684

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. District Court, District of Colorado, 10/2002, # 27684

U.S. Court of Appeals, Ninth Circuit, 11/2011

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Jane Doe

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 26th day of January, 2015

(Signature of Pro Hac Counsel)

John C. Clune
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 10th day of February [~~January~~], 2015

(Signature of Local Counsel)

Name: Middleton, Jennifer, J
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 071510

Firm or Business Affiliation: Johnson Johnson & Schaller, PC

Mailing Address: 975 Oak Street

City: Eugene  State: OR  Zip: 97401

Phone Number: (541) 484-2434  Business E-mail Address: jmiddleton@justicelawyers.com

---

### COURT ACTION

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 10 day of Feb, 2015

Judge

## CERTIFICATE OF SERVICE

I certify that I caused to be served a true, full and exact copy of the foregoing **APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* FOR JOHN C. CLUNE** on defendants as follows:

J. MICHAEL PORTER
MICHELLE BARTON SMIGEL
Miller Nash Graham & Dunn, LLP
111 SW 5th Avenue, Suite 3400
Portland, OR 97204-3614
Emails:     mike.porter@millernash.com
            Michelle.smigel@millernash.com

Of Attorneys for Defendants University of Oregon and Dana Dean Altman

__X__   by U.S. Postal Service to the address indicated above on February 6, 2015.

__X__   by email to the addresses indicated above on February 6, 2015.

_____   by email via the Court's electronic filing system on _____ 2015.

_____   by facsimile to the facsimile number indicated above on _____ 2015.

_____   by hand delivery on _____ 2015.

**JOHNSON, JOHNSON & SCHALLER, PC**

By: */s/ Jennifer J. Middleton*
Jennifer J. Middleton, OSB #071510
541/683-2506
541/484-0882 fax
jmiddleton@justicelawyers.com
Attorney for Plaintiff Jane Doe

**JOHNSON, JOHNSON & SCHALLER, PC**
**975 Oak Street, Suite 1050**
**Eugene, OR 97401-3124**
**541/683-2506**