Case 6:15-cv-00042-MC    Document 12    Filed 02/11/15    Page 1 of 3

**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

     Attorneys for Defendants
     University of Oregon and Dana Dean Altman

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JANE DOE, | CV No. 6:15-cv-00042-MC |
|     Plaintiff, | NOTICE OF APPEARANCE OF MICHAEL PORTER FOR DEFENDANTS UNIVERSITY OF OREGON AND DANA DEAN ALTMAN |
|     v. | |
| UNIVERSITY OF OREGON, DANA DEAN ALTMAN, as an individual, | |
|     Defendants. | |

TO:    ALL PARTIES OF RECORD AND THEIR COUNSEL

     PLEASE TAKE NOTICE that Michael Porter appears in the above-captioned action as attorney of record for defendants University of Oregon and Dana Dean Altman.  It is requested that copies of all further pleadings and papers (except original process), and future

Page 1 -    Notice of Appearance of Michael Porter for Defendants University of Oregon and Dana Dean Altman

70006300.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

notices and orders filed or served in this action be served on the undersigned at the following address:

    Michelle Barton Smigel, P.C., OSB No. 045530
    E-mail:  michelle.smigel@millernash.com
    Michael Porter, P.C., OSB No. 003560
    E-mail:  mike.porter@millernash.com
    Miller Nash LLP
    Suite 3400
    111 S.W. Fifth Avenue
    Portland, Oregon  97204
    Telephone:     (503) 224-5858
    Fax:                (503) 224-0155

DATED this 11th day of February, 2015.

    MILLER NASH GRAHAM & DUNN LLP

    s/Michael Porter
    _____
    Michelle Barton Smigel, P.C.
    OSB No. 045530
    michelle.smigel@millernash.com
    Michael Porter, P.C.
    OSB No. 003560
    mike.porter@millernash.com
    Telephone:  (503) 224-5858
    Fax: (503) 224-0155

    Attorneys for Defendants University of Oregon and Dana Dean Altman

Page 2 -   Notice of Appearance of Michael Porter for Defendants University of Oregon and Dana Dean Altman

70006300.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing notice of appearance of Michael Porter for defendants University of Oregon and Dana Dean Altman on:

| | |
|---|---|
| Ms. Jennifer J. Middleton<br>Johnson, Johnson & Schaller, PC<br>975 Oak Street, Suite 1050<br>Eugene, Oregon  97401-3124<br>Fax:  (541) 484-0882<br>E-mail:  jmiddleton@justicelawyers.com<br><br>*Attorney for Plaintiff Jane Doe* | Mr. John C. Clune<br>Mr. Keith M. Edwards<br>Hutchinson Black and Cook, LLC<br>921 Walnut Street, Suite 200<br>Boulder, Colorado  80302-5173<br>Fax:  (303) 442-5693<br>E-mail:  clune@hbcboulder.com<br>            kedwards@hbcboulder.com<br><br>*Attorneys for Plaintiff Jane Doe* |

☒   **CM/ECF system transmission.**

☐   **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐   **Facsimile communication device.**

☐   **First-class mail, postage prepaid.**

☐   **Hand-delivery.**

☐   **Overnight courier, delivery prepaid.**

DATED this 11th day of February, 2015.

s/Michael Porter
Michael Porter, OSB No. 003560
Of Attorneys for Defendants University of
Oregon and Dana Dean Altman

Page 1 -    Certificate of Service

70006300.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204