Jennifer J. Middleton, OSB 071510
jmiddleton@justicelawyers.com
JOHNSON, JOHNSON & SCHALLER, PC
975 Oak Street, Suite 1050
Eugene, OR 97401-3124
Phone: 541/683-2506
Fax:    541/484-0882
    Attorneys for Plaintiff Jane Doe

John C. Clune, Admitted Pro Hac Vice
clune@hbcboulder.com
Keith M. Edwards, Admitted Pro Hac Vice
kedwards@hbcboulder.com
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO  80302-5173
Phone:  303/442-6514
Fax:    303/442-5693
    Attorneys for Plaintiff Jane Doe

J. Michael Porter, OSB # 003560
mike.porter@millernash.com
Michelle Barton Smigel, OSB # 045530
michelle.smigel@millernash.com
MILLER NASH GRAHAM & DUNN, LLP
111 SW 5th Avenue, Suite 3400
Portland, OR  97204-3614
Phone:  503/205-2330
Fax:    503/205-8504
    Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON, DANA DEAN ALTMAN, AS AN INDIVIDUAL.<br><br>    Defendants. | CASE NO.   6:15-cv-00042-MC<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

PAGE 1 – STIPULATED JUDGMENT OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned counsel, stipulate to the dismissal of all claims against defendant University of Oregon with prejudice and without fees or costs to any party.

DATED: August 4, 2015.

JOHNSON, JOHNSON & SCHALLER, PC

By: /s/ *Jennifer J. Middleton*
    Jennifer J. Middleton, OSB # 071510
    jmiddleton@justicelawyers.com
    975 Oak Street, Suite 1050
    Eugene, OR 97401-3124
    Phone: 541/683-2506
    Fax: 541/484-0882

Of Attorneys for Plaintiff

DATED: August 4, 2015.

MILLER NASH GRAHAM & DUNN, LLP

By: /s/ *J. Michael Porter*
    J. Michael Porter, OSB # 003560
    mike.porter@milelrnash.com
    Michelle Barton Smigel, OSB # 045530
    michelle.smigel@millernash.com
    111 SW 5th Avenue, Suite 3400
    Portland, OR 97204-3614
    Phone: 503/205-2330
    Fax: 503/205-8504

Of Attorneys for Defendants

John C. Clune, Admitted Pro Hac Vice
clune@hbcboulder.com
Keith M. Edwards, Admitted Pro Hac Vice
kedwards@hbcboulder.com
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302-5173
Phone: 303/442-6514
Fax: 303/442-5693

Of Attorneys for Plaintiff